*D. Eagleton* for respondent.

No. 125.   HARSH *v.* ILLINOIS TERMINAL RAILROAD Co. Supreme Court of Illinois.   Certiorari granted.   *Morris B. Chapman* for petitioner.   *George D. Burroughs* for respondent.

No. 131.   WHITEHOUSE ET AL. *v.* ILLINOIS CENTRAL RAILROAD Co. ET AL.   C. A. 7th Cir.   Certiorari granted. *Milton Kramer, Lester P. Schoene* and *Mozart G. Ratner* for petitioners.   *John W. Foster, Herbert J. Deany* and *Joseph H. Wright* for the Illinois Central Railroad Co.; and *Kenneth F. Burgess* and *Walter J. Cummings, Jr.* for Carrier Members, National Railroad Adjustment Board, Third Division, respondents.

No. 150.   UNITED STATES EX REL. TOTH *v.* TALBOTT, SECRETARY OF THE AIR FORCE.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted.   *Al. Philip Kane, Charles V. Koons* and *William A. Kehoe, Jr.* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Chester W. Wilson* for respondent.   *Ralph B. Gregg* filed a brief for the American Legion, as *amicus curiae,* supporting petitioner.

No. 153.   SECURITIES AND EXCHANGE COMMISSION *v.* DREXEL & Co.   C. A. 2d Cir.   Certiorari granted.   *Solicitor General Sobeloff* and *William H. Timbers* for the Securities and Exchange Commission.   *Henry S. Drinker, Thomas Reath* and *John Mulford* for respondent.